IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| C. Edward Bledsoe, as Personal Representative for the Estate of Dalton Slaton,<br><br>    Plaintiff,<br><br>vs.<br><br>South Carolina Department of Corrections,<br><br>    Defendant. | Civil Action No.: 3:15-cv-2050-MBS-PJG<br><br><br><br>CONSENT ORDER TO REMAND<br>TO STATE COURT |

  Plaintiff originally filed the Complaint in State Court in Richland County, South Carolina (Civil Action No.: 2015-CP-40-2453). Because the Complaint contained State and Federal causes of action, the original Defendants removed the case to Federal Court (Notice of Removal dated May 18, 2015 – Document #1).

  By Stipulation of Dismissal dated March 31, 2016, the Parties voluntarily dismissed Defendants, Charles Goodson, Jack Valpey, M.D., Beverly Wood, M.D., and Dana Gates, from the case with prejudice without payment of money. At the same time, the Parties reached a settlement regarding the State causes of action against the remaining Defendant, South Carolina Department of Corrections.

  Therefore, it is

ORDERED that this case is remanded to State Court in Richland County, South Carolina (Civil Action No.: 2015-CP-40-2453), for approval of the Parties' settlement according to South Carolina law.

AND IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 6, 2016
Columbia, South Carolina

| I CONSENT: | I CONSENT: |
|---|---|
| *s/T. Ryan Langley* | *s/James E. Parham, Jr.* |
| T. Ryan Langley | James E. Parham, Jr. |
| Federal I.D. #10047 | Federal I.D. #2969 |
| Hodge & Langley | 220 Ministry Drive |
| P. O. Box 2765 | Post Office Box 1576 |
| Spartanburg, South Carolina 29304 | Irmo, South Carolina 29063 |
| (864) 585-3873 | (803) 749-8555 |
| (864) 585-6485 | (803) 749-0277 (FAX) |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| March 31, 2016 | March 31, 2016 |